IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Motion of Withdrawal of Appearance**

Case No. 1:18-cv-00392-DLF

Honorable Judge Dabney L Friedrich,

    Comes now Saeid Dousti, the plaintiff for the case 1:18-cv-00392. I am filing this motion for the withdrawal of appearance of the attorney of file Mr. James O. Hacking, III and I will pursue this litigation *Pro Se*. The motivation of this withdrawal is my financial hardship which disables me to afford the respected attorney's legal fees. Please keep the correspondence on the case with me directly.

Sincerely Yours,

this 28th day of October, 2019

Dr. Saeid Dousti

PLAINTIFF

President of Rotor Bearing Solutions International

Saeid.dousti@rotorsolution.com

4342499177

RECEIVED

OCT 28 2019

Clerk, U.S. District and
Bankruptcy Courts