**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAIED DOUSTI,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | Case No. 1:18-cv-392 |

## **WITHDRAWAL OF APPEARANCE**

Pursuant to the Court's order dated November 26, 2019, James O. Hacking, III, and the Hacking Law Practice, LLC, hereby withdraw as counsel of record for Plaintiff Saied Dousti.

RESPECTFULLY

SUBMITTED

*/s/ James O. Hacking, III*
James O. Hacking, III
Hacking Law Practice, LLC
34 N. Gore, Suite 101
St. Louis, MO 63119
(O) 314.961.8200
(E) jim@hackinglawpractice.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 26, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

                                        /s/ James O. Hacking, III