UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAEID DOUSTI,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civ. A. No. 18-0392 (DLF) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Saeid Dousti and Defendants U.S. Department of Homeland Security, et al., hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees. On January 6, 2020, U.S. Citizenship and Immigration Services approved Plaintiff's I-485 Application for Permanent Residence that is the subject of this matter. Therefore, this lawsuit is now moot.

Dated: January 23, 2020

/s/ Saeid Dousti
SAEID DOUSTI
2541 Avemore Pond Rd.
Charlottesville, VA 22911-7235

*Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov
*Counsel for Defendants*